1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  LUKE BATY
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | Case No. 5:25-po-00140-CDB

12 |         Plaintiff,                | [Citations #E1037616 CA/71]

13 | v.                                |
                                       | MOTION AND ORDER FOR DISMISSAL
14 | DALTON L. HOOKS,                  |

15 |         Defendant.                |

16

17

18     The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00140-

20 CDB [Citations #E1037616 CA/71] against DALTON L. HOOKS, without prejudice, in the interest of

21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: July 23, 2025                      Respectfully submitted,

24                                           KIMBERLY A. SANCHEZ
                                             Acting United States Attorney
25
                                       By:   /s/ *Luke Baty*
26                                           LUKE BATY
                                             Assistant United States Attorney
27

28

                                                                    U.S. v. Hooks
                                                                    Case No. 5:25-po-00140-CDB

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00140-CDB [Citation #E1037616 CA/71] against DALTON L. HOOKS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **July 23, 2025**

_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. Hooks
Case No. 5:25-po-00140-CDB